# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A128 | E 2134255 | AARON BEHNEN | 6713 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/21/2024 ~1531
Offense Charged: ☒ USC
18 USC 111(␣)

Place of Offense: FLAGSTAFF MAIN POST OFFICE 2400 N POSTAL BLVD, FLAGSTAFF, AZ

Offense Description: Factual Basis for Charge — HAZMAT ☐
ASSAULT ON FEDERAL OFFICER OR EMPLOYEE

### DEFENDANT INFORMATION
Phone: (redacted)

Last Name: HAYES
First Name: TRACY (TRACY)
M.I.: D

Street Address: (redacted)
City: FLAGSTAFF
State: AZ
Zip Code: 86004
Date of Birth: (redacted)/1977

Drivers License No.: (redacted)
CDL ☐
D.L. State: AZ
Social Security No.: (redacted) 6/39

☒ Adult ☐ Juvenile    Sex: ☐ Male ☒ Female    Hair: BRO    Eyes: HZL    Height: 5'10"    Weight: 250

### VEHICLE
VIN: — CMV ☐
Tag No.: — State: — Year: — Make/Model: — PASS ☐ Color: —

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 123 N SAN FRANSISCO ST FLAGSTAFF, AZ
Date: 1/7/2025
Time: 900 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *Tracy Hayes*

Original - CVB Copy

*F2134255*

25-04004MJ-01-PCT-CDB

## STATEMENT OF PROBABLE CAUSE

I, Aaron E. Behnen, a Postal Inspector for the United States Postal Inspection Service (USPIS), state that on or about October 21, 2024, the following occurred within the District of Arizona:

On October 21, 2024, an adult female, later identified as Tracy Hayes (HAYES), entered the main Flagstaff Post Office, located at 2400 N. Postal Blvd., Flagstaff, Arizona, to speak to postal management about mail delivery issues. Specifically, HAYES wanted to speak to a U.S. Postal Service employee about a ballot that was returned to the Yuma County Recorder. HAYES spoke to Trudy Leichtle, the Officer-In-Charge of the Flagstaff Post Office. The conversation took place in the retail lobby of the Flagstaff Post Office. HAYES was on the customer side of the counter, and Leichtle was on the employee side. The conversation became contentious, and Leichtle asked HAYES to leave the premises.

As HAYES was leaving the Post Office, she pushed a stack of parcels that was on the counter towards Leichtle. At least one parcel struck Leichtle in the head, which caused her a headache. A portion of the altercation was captured on video recording. I have reviewed that video, and it appears that HAYES intentionally pushed the parcels toward Leichtle. The parcels were approximately three feet away from Leichtle when HAYES pushed them. The stack of parcels was approximately two feet high. The stack contained approximately three parcels.

Leichtle was working in the course and scope of her duties for the United States Post Office when the assault occurred.

Based on the foregoing, it is submitted that HAYES committed an assault on a federal officer in violation of 18 U.S.C. § 111(a) by pushing a stack of parcels at and toward U.S. Postal employee Trudy Leichtle.

HAYES was issued a citation (E2134255) for assault and instructed that her in-person appearance in court on January 7, 2025, was mandatory.

The foregoing statement is based upon (check all that apply):

X My personal observations

X My personal investigation

__ Information supplied to me from my fellow officer's observations.

    X  Investigation conducted by a fellow officer.

    \_\_\_\_\_ Other (explain above)

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to best of my knowledge.**

Executed on: _____12/04/2024_____  _____[signature]  6713_____
Date (mm/dd/yyyy)              Officer's Signature/Badge Number

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2024.12.04 14:40:23 -07'00'

Date (mm/dd/yyyy)              U.S. Magistrate Judge

2